838    SUPREME COURT OF GEORGIA.

Dougherty *vs.* Reed—Leverett *vs.* Cook, administrator—Henderson *vs.* Sledge; etc.

## DOUGHERTY *vs.* REED.

The verdict was not contrary to law, evidence or the charge of the court ; nor were the damages awarded excessive.

SPEER, Justice.

## LEVERETT *vs.* COOK, administrator.

1. The verdict is supported by the evidence.
2. Newly discovered evidence which could have been obtained on the trial by the use of ordinary diligence, or which would not have been admissible if produced, or which would be cumulative only, furnishes no ground for a new trial.

SPEER, Justice.

## HENDERSON *vs.* SLEDGE ; HUGHES *vs.* MAPLES ; HAWK *vs.* LEVERETTE *et al.;* THOMAS *vs.* THE GEORGIA RAILROAD.

There was no abuse of discretion in granting a new trial in each of these cases.